# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MEDENI CELIK,

                    Petitioner,

        v.

WARDEN OF ADELANTO
DETENTION FACILITY, in official
capacity; DIRECTOR OF LOS ANGELES
FIELD OFFICE; Enforcement and
Removal Operations, U.S. Immigration and
Customs Enforcement, in official capacity;
MARKWAYNE MULLIN, Secretary of
the Department of Homeland Security;
TODD LYONS, Senior Official
Performing the Duties of Director of
Immigration and Customs Enforcement, in
official capacity; and TODD BLANCHE,
Acting Attorney General of the United
States, in official capacity,

                    Respondents.

Case No. 5:26-cv-01773-SPG-SK

**ORDER GRANTING UNOPPOSED
PETITION FOR WRIT OF HABEAS
CORPUS [ECF NO. 1]**

Before the Court is the Petitioner Medeni Celik's ("Petitioner") Petition for Writ of Habeas Corpus, (ECF No. 1 ("Petition")).  Petitioner alleges that he is a Kurdish national who has been unlawfully detained at the Adelanto Detention Facility, in the custody of

-1-

Immigration and Customs Enforcement, ("ICE"), since February 27, 2026. (*Id.* ¶¶ 1, 5, 22). In his Petition, Petitioner seeks immediate release from ICE custody pursuant to 28 U.S.C. § 2241, arguing that his detention violates the Due Process Clause of the Fifth Amendment of the Constitution. (*Id.* ¶¶ 42–43, Prayer for Relief). Petitioner names as Respondents the Warden of Adelanto Detention Facility; Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the Department of Homeland Security; Todd M. Lyons, Acting Director of ICE; and Todd Blanche, Acting Attorney General of the United States and head of the Department of Justice (collectively, "Respondents"). (*Id.* ¶¶ 16–21).

On April 17, 2026, Respondents filed an Answer to the Petition, representing that they "are not presenting an opposition argument at this time," and that "no more filings or proceedings will be necessary in this matter." (ECF No. 8 ("Answer") at 2). Therefore, the Court construes the Petition as unopposed.

So construed, the Petition is GRANTED. Petitioner is ORDERED released from ICE custody immediately under appropriate conditions of release. The Petition also seeks attorneys' fees and reasonable costs pursuant Equal Access to Justice Act, 5 U.S.C. § 504, and 28 U.S.C. § 2412. Petitioner may file a motion for attorneys' fees and costs within fourteen (14) days of entry of this Order. Judgment will be entered accordingly.

**IT IS SO ORDERED.**

DATED: May 1, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-