# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MEDENI CELIK,

                    Petitioner,

          v.

WARDEN OF ADELANTO
DETENTION FACILITY, in official
capacity; DIRECTOR OF LOS ANGELES
FIELD OFFICE; Enforcement and
Removal Operations, U.S. Immigration and
Customs Enforcement, in official capacity;
MARKWAYNE MULLIN, Secretary of
the Department of Homeland Security;
TODD LYONS, Senior Official
Performing the Duties of Director of
Immigration and Customs Enforcement, in
official capacity; and TODD BLANCHE,
Acting Attorney General of the United
States, in official capacity,

                    Respondents.

Case No. 5:26-cv-01773-SPG-SK

**JUDGEMENT [JS-06]**

Pursuant to the Order Granting Unopposed Habeas Petition, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus, (ECF No. 1), is granted.  Petitioner Medeni Celik

-1-

is to be released from the custody of Immigration and Customs Enforcement immediately under appropriate conditions of supervision.

DATED: May 5, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE